Case 1:22-cv-00628-JMS-TAB    Document 1    Filed 03/28/22    Page 1 of 6 PageID #: 1

FILED
03/28/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:22-cv-00628-JMS-TAB

State of Indiana
  Plaintiff
  V.                Cause No. 89C01-1301-MR-001
ATAUL SHAFEEK     Cause No. 89C01-1509-PC-000016
  Defendant

## United States District Court
## Southern District of Indiana

Dear Clerk Roger A.G. Sharpe, Presiding Judge, hello court my name is ATAUL SHAFEEK (Pro Se) defendant at this current stage of relief, who in dire effort to stop my time line (1 year) from denial of Post Conviction Relief on April 4, 2021 by Honorable Judge of Wayne County Circuit Court, David A. Kolger. Now with that being said, I have recently learned of the 1 year rule I have to submit my 28 U.S.C. & 2254 Habeus Corpus petition for possible relief for Constitutional Due Process Violation of my due process related to improper jury instructions and ineffective assistance of trial & appelate counsel.

    Here comes now defendant moving for a date to be set that petition is set to be completed by, with assistance of prison legal advocates which are limited exclusively related to the lock-up unit defendant is housed in at New Castle Correctional Facility all while suffering from several confirmed mental diseases; Bipolar-Depression, Schizotypal Personality disorder, and Borderline Personality disorder, which strongly prohibits defendant (Pro Se) from being able to fully prepare petition by himself. But defendant assures court that given proper amount of time to prepare and submit petition before court with respect given to deadline issued by said court. Defendant can and will present said petition to said court in compliance with 28 U.S.C & 2254 rules & procedure.

- Respectfully submitted
Ataul Shafeek #244650
ATAUL SHAFEEK (DEFENDANT)
March 22, 2022

P.S. Concern the $5.00 filing fee, I do not have it on my books right this second but it will not be a problem for me to do so as soon as I can. I receive enough financial assistance/support to pay it within at most 30 days because I get money at least every month. Just let me know when it has to be paid once you've had time to review my request.

1. Place of detention: ~~Indiana State Prison, One Park Row, Michigan City,~~
~~IN 46360.~~ New Castle, Correctional Facility
New Castle, IN 47362

2. Name and location of court which, and name of judge who, imposed sentence:

   Wayne County Circuit Court; Richmond, IN  47374

   Honorable Judge David A. Kolger

3. The case number and the offense or offenses for which sentence was imposed:

   Cause No. 89C01-1301-MR-001

4. The date upon which sentence was imposed and the terms of the sentence:

   March 3, 2014. 56 years with 5 years suspended to probation.

5. Was the finding of guilty made:

   ☑ After a plea of not guilty? OR

   ☐ After a plea of guilty?

6. Did you appeal form the judgement of conviction?

   ☑ Yes    ☐ No

7. If you answered "yes" to question number six, list:

   (a) The name of the court to which you appealed:

   ☑ Indiana Court of Appeals

2

**FIRST POST-CONVICTION RELIEF PETITION**

4. Did you file a post-conviction relief petition in State court? ◯ No. ☒ Yes, case number: 89C01-1509-PC-000016

   Name of court: _____. Date of filing: ___/___/_____

   Result: _____. Date of result: ___/___/_____

   Did you appeal to the Court of Appeals of Indiana? ◯ No. ☒ Yes, case number: 89A01-1403-CR-00147

   Result: _____. Date of result: ___/___/_____

   Did you seek transfer to the Indiana Supreme Court? ◯ No. ◯ Yes, case number: _____

   Result: _____. Date of result: ___/___/_____

**OTHER COLLATERAL ATTACKS**

5. Other than the cases listed above, have you filed anything else in State court challenging this conviction or revocation?

   ☒ No. ◯ Yes, I filed: _____. Case number: _____

   Name of court: _____. Date of filing: ___/___/_____

   Result: _____. Date of result: ___/___/_____

   Did you appeal to the Court of Appeals of Indiana? ◯ No. ◯ Yes, case number: _____

   Result: _____. Date of result: ___/___/_____

   Did you appeal to the Indiana Supreme Court? ◯ No. ◯ Yes, case number: _____

   Result: _____. Date of result: ___/___/_____

6. Have you challenged this conviction or revocation in federal court? ☒ No. ◯ Yes, case number: _____

   Name of court: _____. Result: _____

7. Have you challenged this conviction or revocation in any other case or appeal? ☒ No. ◯ Yes. [Attach an additional sheet listing the nature of the proceeding, court, case number, file date, judgment date, and result.]

**FILING FEE** [The fee for filing this habeas corpus petition is $5.00.]

8. Are you paying the $5.00 filing fee?

   ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ◯ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[State every ground on which you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.
**CAUTION:**
**If you do not present every ground in this petition, you may be barred from doing so later.**]

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

8) Erroneous jury instructions were given to jury that did not put all the mental health elements in proper context for determing reasonableness for defendants belief deadly force was necessary. Fundemental error was allowed to mislead the jury by vague and ambiguous jury instructions that didn't take into consideration defendants delusions. Also the evidence witheld was favorable to defendant, comfirming his sudden heat fear of death or seriously being injured by the victim. Trial counsel & appellate council failed to argue against these cumulative errors committed in trial. By preponderance of evidence, an acquittal or lesser included offense was more likely than not because there was so much evidence exposing defendants mental disease, which had been documented many months prior to the offense.

(If you have more grounds, use reverse side or separate sheet. However, if this is a successive petition for Post-Conviction relief, you may submit no more than fifteen (15) additional pages, double-spaced, to provide supporting facts. You may also submit exhibits.)

9. State concisely and in the same order the facts which support each of the grounds set forth in paragraph number eight.

(a) Abstract jury instructions for defining murder, insanity, and self-defense. Gang Evidence not available during trial; Brady Material. Overwhelming evidence that show defendants distorted state of mind, resulting in a terrified state causing sudden heat. Failure to object to exclusion of gang evidence and proper jury instructions by trial council, and appellate council. Trial transcripts provide facts such as defendants, witness, and expert witnesses as well as character witness testimony. Then trial transcipts of jury instructions are lacking sufficent information in order for jury to make impartial decision. Evidence and info favorable to defendant was not presented, witheld by trial court.

(b) _____

4